No. 83–6493.  IRVING v. MISSISSIPPI, 470 U. S. 1059;

No. 84–1251.  OHIO v. LUCK, 470 U. S. 1084;

No. 84–6092.  BERKSON v. DEL MONTE CORP. ET AL., 470 U. S. 1056; and

No. 84–6144.  DAY v. AMOCO CHEMICALS CORP., 470 U. S. 1086.  Petitions for rehearing denied.  JUSTICE POWELL took no part in the consideration or decision of these petitions.

### MAY 1, 1985

No. 84–999.  STRINGFELLOW ET AL. v. CONCERNED NEIGHBORS IN ACTION ET AL.  C. A. 9th Cir.  Certiorari dismissed under this Court's Rule 53.

### MAY 13, 1985

No. 84–1145.  LANTON v. ALABAMA.  Appeal from Ct. Crim. App. Ala. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1478.  BLAIR v. BOULGER.  Appeal from Sup. Ct. N. D. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1583.  WALBER, DBA WALBER CONSTRUCTION CO. v. UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT.  Appeal from C. A. 6th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1637.  HOLDERMAN v. UNITED STATES.  Appeal from C. A. 2d Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1638.  HOLDERMAN v. UNITED STATES.  Appeal from C. A. 2d Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.